**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 96-7330**

─────────────

CURTIS LEON TAYLOR, SR.,

Plaintiff - Appellant,

versus

DANVILLE SHERIFF'S DEPARTMENT; PAMELA HOLCOMB,
Nurse; T. M. ALABANZA, Dr.,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Senior District
Judge.  (CA-96-657-R)

─────────────

Submitted:  February 26, 1998      Decided:  March 16, 1998

─────────────

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Curtis Leon Taylor, Sr., Appellant Pro Se.  William Carrington
Thompson, Chatham, Virginia, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Curtis Leon Taylor, Sr., appeals the district court's order denying him preliminary injunctive relief. We dismiss the appeal as moot. Taylor sought to have the district court direct the Defendants to provide him a hernia operation. While his appeal was pending, Taylor was released from incarceration. Because Taylor can no longer receive the relief he requested, we dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED